No. S–1. ANDERSON *v.* KENTUCKY. Ct. App. Ky. [Certiorari granted, 371 U. S. 886.] It appearing that petitioner died April 6, 1994, the writ of certiorari is dismissed as moot.

No. —– —. J. M. *v.* ILLINOIS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1528. IN RE DISBARMENT OF EVANS. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1534. IN RE DISBARMENT OF DOYLE. Disbarment entered. [For earlier order herein, see 514 U. S. 1061.]

No. D–1540. IN RE DISBARMENT OF WHITEHAIR. Disbarment entered. [For earlier order herein, see 514 U. S. 1080.]

No. D–1544. IN RE DISBARMENT OF PRITZKER. Disbarment entered. [For earlier order herein, see 514 U. S. 1081.]

No. D–1561. IN RE DISBARMENT OF FUSILIER. It is ordered that R. Richard Fusilier, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1562. IN RE DISBARMENT OF BARLOW. It is ordered that Dennis Michael Barlow, of Nutley, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.